IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 11-58-GF-BMM |
| Plaintiff, | |
| vs. | |
| MELISSA MORIAH OJEDA, | |
| Defendant. | |

On August 14, 2018, the undersigned granted Defendant, Melissa Ojeda's (Ojeda) Motion for a Psychiatric Exam in open court, (Doc. 57). On October 9, 2018, the Court received notice from D. Sweeny, Acting Warden at Federal Detention Center, SeaTac, Washington, where Ojeda is being evaluated, requesting a 30-day extension of the evaluation.

Accordingly, **IT IS ORDERED** that a 30-day extension of the evaluation of Ojeda is **GRANTED**. The study period will begin on October 1, 2018 and end on October 31, 2018, with the final report submitted to the Court no later than November 15, 2018.

DATED this 9th day of October, 2018.

John Johnston
United States Magistrate Judge